# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOROTHY A. SMULLEY,<br><br>          Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA BANK,<br>an Arizona savings association;<br>ERIN BOWEN aka ERIN KREMSER,<br>ERIN ALICATA,<br>an individual residing in Massachusetts;<br>WEBSTER FINANCIAL CORP. dba<br>WEBSTER BANK,<br>a Delaware corporation;<br>ZELDES NEEDLE & COOPER PC,<br>a Connecticut professional corporation;<br>IMAGINEERS LLC,<br>a Connecticut limited liability company; and<br>ORONOQUE SHORES CONDOMINIUM<br>ASSOCIATION NO. 1 INC.,<br>a Connecticut corporation,<br><br>          Defendants. | CIVIL ACTION No. 3:14-cv-00997(JAM)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>AUGUST 21, 2014 |

## PLAINTIFF'S MOTION FOR ORDER
### Cost of service on defendant Webster Financial Corp. dba Webster Bank

Pursuant to Fed. Rule of Civ. Proc. 4(d)(2), Failure to Waive, plaintiff, Dorothy A Smulley, respectively moves for an order from the court. Plaintiff's motion is supported by the following.

1. On July 11, 2014, Plaintiff served all defendants with a Notice of Lawsuit and Request Waiver of Service. Plaintiff also served two copies of the Waiver of Service and plaintiff's complaint pursuant to the Rules of the court.

2. Defendants had thirty days or August 12, 2014, in which to respond.

3. Defendant Webster Financial Corp. dba Webster Bank (Webster), failed to respond.

4. Plaintiff noticed the court of defendant Webster's failure (doc.27).

1

5.  Plaintiff cause a Summons to be issued for defendant Webster on August 12, 2014, at a cost to plaintiff of $85.00 (Exhibit A.)

6.  The summons was executed on August 15, 2014, and was filed with the court on August 18, 2014 (doc.28).

WHEREFORE, pursuant to Fed. Rule of Civ. Proc. 4(d)(2), plaintiff seeks an order from the court directing defendant Webster to reimburse plaintiff her expenses incurred in causing service to be made in the amount of $85.00.

PLAINTIFF

Dorothy A. Smulley, self-represented
408 Bar Harbour Road
Stratford CT 06614
tel/fax   203 386 0171
email     frrancesca04@gmail.com

## CERTIFICATION

I certify on August 21, 2014, a copy of this certification was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dorothy A Smulley

# EXHIBIT A

```
............................
     CHARLES M VALENTINO
      2326 EAST MAIN ST
     BRIDGEPORT, CT 06610
        (203) 333-7310


         C O P Y
     08/12/2014  16:13:59
   Sale:

   Transaction #          2
   Card Type:    MasterCard
   Acc:      ************3120
   Exp. Date:          **/**
   Entry:             Swiped
   Amount:             85.00

   Reference No.:
                 422419409780
   Auth.Code:          044135
   Response:APPROVAL 044135
   Sequence Number:     0002

          CUSTOMER COPY
```