UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOROTHY A. SMULLEY,<br>     *Plaintiff*,<br><br>    v.<br>MUTUAL OF OMAHA BANK, ERIN BOWEN, ERIN ALICATA, WEBSTER FINANCIAL CORP., ZELDES, NEEDLE & COOPER, PC, IMAGINEERS, LLC, ORONOQUE SHORES CONDOMINIUM ASSOCIATION NO. 1, INC.<br>     *Defendant*. | No. 3:14-cv-00997 (JAM) |

## ORDER DISMISSING DEFENDANTS ON REPORT OF SETTLEMENT

The parties have reported that this action has been settled with respect to defendants Mutual Bank of Omaha, Bowen, Alicata, Zeldes, Needle & Cooper, PC, Imagineers, LLC, and Oronoque Shores Condomunium Association No. 1, Inc. The Clerk is directed to administratively terminate those parties without prejudice to reopening on or before June 17, 2016. If the parties wish to file a stipulation of dismissal (for approval by the Court or simply for inclusion in the court's file), they may do so on or before June 17, 2016.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

The Clerk is directed to terminate defendants Mutual Bank of Omaha, Bowen, Alicata, Zeldes, Needle & Cooper, PC, Imagineers, LLC, and Oronoque Shores Condomunium Association No. 1, Inc.

It is so ordered.

Dated at New Haven this 17th day of May 2016.

                                                      /s/ *Jeffrey Alker Meyer*  
                                                      Jeffrey Alker Meyer  
                                                      United States District Judge