UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOROTHY A. SMULLEY, | : |
| Plaintiff | : |
| | :    CIVIL ACTION NO. |
| v. | :    3:14-CV-00997 |
| MUTUAL OF OMAHA BANK, ET AL, | :    DECEMBER 5, 2016 |
| Defendants | |

### MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Webster Financial Corp. pursuant to Local Rule 7(b), hereby moves for an extension of time, up to and including January 5, 2017, to respond to the Plaintiff's Amended Complaint. The undersigned counsel requires additional time in order to adequately prepare a responsive pleading to the Plaintiff's Amended Complaint in that the undersigned has a series of trials that commence on December 15, 2016 in State Court. In addition the other three named defendants response date is December 30, 2016.

Pursuant to Local Rule 7(b)(3), this is the second extension of time sought by Defendant relative to the Amended Complaint. Further, no trial date has been assigned to

this matter. As such, there will be no prejudice to the Plaintiff if this Motion is granted. The Plaintiff has objected to this request. The other Defendants have indicated no objection.

Wherefore, on the basis of the foregoing, Defendant respectfully requests this Court to grant its motion for an extension of time to plead.

                                      Respectfully submitted,

                                      Defendant,
                                      Webster Financial Corp.

By_____

                                      Thomas J. Welch (ct07963)
                                      Welch, Teodosio & Stanek, LLC
                                      375 Bridgeport Avenue
                                      Shelton, CT 06484
                                      Tel: (203) 925-3000
                                      Fax: (203) 925-3003
                                      email: twelch@wtsblaw.com

## CERTIFICATION

I hereby certify that on December 5, 2016, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Thomas J. Welch